IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | |
| KEVIN DOCKERY | NO. 23-068-KSM |

### ORDER

**AND NOW**, this 11th day of December, 2023, upon consideration of Defendant Kevin Dockery's Motion to Dismiss Indictment (Doc. No. 20) and the Government's response (Doc. No. 21), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's Motion (Doc. No. 20) is **DENIED**.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.